**IN THE SUPREME COURT OF PENNSYLVANIA**

IN RE:  REAPPOINTMENT TO : No. 649
: 
COMMITTEE ON RULES OF : SUPREME COURT RULES DOCKET
: 
EVIDENCE : 

**O R D E R**

**PER CURIAM:**

AND NOW, this 15th day of September, 2014, Maureen Murphy McBride, Esquire, Chester County, is hereby reappointed as a member of the Committee on Rules of Evidence for a term of three years commencing October 1, 2014.